JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD STUPIN, | Case No. CV 10-10005 JFW (MRW) |
|          Petitioner, | |
| vs. | JUDGMENT |
| TIMOTHY BUSBY, Warden, | |
|          Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: December 15, 2011

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE